# Sovereign Bank

TRUSTEE'S ANSWER          NO EFFECTS

THE COMMONWEALTH OF MASSACHUSETTS

**UNITED STATES DISTRICT COURTS**
**Civil Action No. 05-11634 RGS**

Russell F Sheehan of IBEW Local 103 Trust Funds

Vs

Far East Electrical Inc

**ANSWER OF ALLEGED TRUSTEE**

And now **SOVEREIGN BANK**, summoned as trustee of the principal defendant **Far East Elictrical Inc** in the above-named action, appears Susan R. Davison, its Manager, and makes answer that at the time of service of the Plaintiff's Summons to Trustee upon the said Sovereign Bank, it had not in its hands or possession any goods, effects, or credits of said defendant, and of this the said Susan R. Davison submits herself to examination upon her oath.

Wherefore the said Sovereign Bank prays that it may be discharged, and for its costs.

The foregoing answer is made and subscribed to under the penalties of perjury.

**Sovereign Bank**

By: *[signature]*
Susan R. Davison, Manager
MA1 MB3 02 10
P. O. Box 841005
Boston, MA 02284
(617) 533-1109
(617) 533-1931

October 5, 2005

www.sovereignbank.com