UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUSSELL F. SHEEHAN, as he is ADMINISTRATOR, ELECTRICAL WORKERS' HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' PENSION FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' SUPPLEMENTARY HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' DEFERRED INCOME FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' JOINT APPRENTICESHIP AND TRAINING FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' EDUCATIONAL AND CULTURAL FUND; ANTHONY J. SALAMONE, as he is ADMINISTRATOR, NATIONAL ELECTRICAL BENEFIT FUND; and LOCAL 103, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS,<br>　　　　　　Plaintiffs<br><br>vs.<br><br>FAR EAST ELECTRICAL, INC.,<br>　　　　　　Defendant<br><br>and<br><br>SOVEREIGN BANK,<br>　　　　　　Trustee | C.A. No. 05-11634 RGS |

## AFFIDAVIT OF RICHARD P. GAMBINO AS TO MILITARY SERVICE, INFANCY AND INCOMPETENCE

1.　My name is Richard Gambino. I am the Administrator of the Electrical Workers Employee Benefit Funds, Local 103, I.B.E.W.

2.　I make this affidavit pursuant to the provisions of the Soldiers' and Sailors' Civil Relief Act.

3. I have caused careful investigation to be made to ascertain whether Far East Electrical, Inc., the above-named defendant, is within the military service of the United States, and have concluded on the basis of such investigation that it is not.

4. I have also caused careful investigation to be made to ascertain whether Far East Electrical, Inc. is an infant or incompetent person, and have concluded on the basis of such investigation that it is not.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 15 DAY OF FEBRUARY, 2006.

_____
Richard P. Gambino

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing Affidavit has been served by first class mail upon defendant Far East Electrical, Inc. at 10 Haven Lane, Wayland, MA 01778 this 17 day of February, 2006.

_____
Gregory A. Geiman, Esquire

GAG/gagds
ARS 3019 04-129/affgambino2.doc