UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RUSSELL F. SHEEHAN, as he is ADMINISTRATOR, ELECTRICAL WORKERS' HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' PENSION FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' SUPPLEMENTARY HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' DEFERRED INCOME FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' JOINT APPRENTICESHIP AND TRAINING FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' EDUCATIONAL AND CULTURAL FUND; ANTHONY J. SALAMONE, as he is ADMINISTRATOR, NATIONAL ELECTRICAL BENEFIT FUND; and LOCAL 103, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS,
        Plaintiffs

vs.

FAR EAST ELECTRICAL, INC.,
        Defendant

and

SOVEREIGN BANK,
        Trustee

C.A. No. 05-11634 RGS

**AFFIDAVIT OF ANNE R. SILLS**

1.    My name is Anne R. Sills.  I am an attorney with the law firm of Segal, Roitman & Coleman.

2.    This firm has recently been involved in efforts to collect contributions owed the Electrical Workers' Employee Benefit Funds, Local 103, I.B.E.W. by Far East Electrical, Inc.

since on or about June 8, 2005. Since that date, we have incurred legal fees and costs totaling $1,424.04.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 16th DAY OF FEBRUARY, 2006.

/s/ Anne R. Sills
Anne R. Sills, Esquire

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing Affidavit been served by first class mail upon defendant Far East Electrical, Inc. at 10 Haven Lane, Wayland, MA 01778 this 17th day of February, 2006.

/s/ Gregory A. Geiman
Gregory A. Geiman, Esquire

GAG/gag&ts
ARS 3013 04-129/affsills2.doc